1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| JIE YAO-STILWILL, | ) |
| | ) No. C 07-5909 JL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **PARTIES' CONSENT TO MAGISTRATE** |
| MICHAEL B. MAKASEY, United States | ) **JUDGE JURISDICTION** |
| Attorney General; | ) |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of United | ) |
| States Citizenship and Immigration Services; | ) |
| DAVID STILL, San Francisco District Director, | ) |
| United States Citizenship and Immigration | ) |
| Services; | ) |
| ROBERT S. MUELLER, Director of | ) |
| Federal Bureau of Investigation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

23     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

24 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

25 conduct any and all further proceedings in the case, including trial, and order the entry of a final

26 judgment.

27 ///

28 ///

Parties' Consent to Magistrate Jurisdiction
C07-5909 JL                               1

| | | |
|---|---|---|
| 1 | Dated: December 19, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: December 17, 2007

/s/
JIE YAO-STILWILL
*Pro se*