1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  JIE YAO-STILWILL,                        )
                                             )  No. C 07-5909 JL
13                    Plaintiff,             )
                                             )
14            v.                             )
                                             )  **STIPULATION TO DISMISS; AND**
15  MICHAEL B. MAKASEY, United States        )  **[PROPOSED] ORDER**
    Attorney General;                        )
16  MICHAEL CHERTOFF, Secretary of the       )
    Department of Homeland Security;         )
17  EMILIO T. GONZALEZ, Director of United   )
    States Citizenship and Immigration Services;  )
18  DAVID STILL, San Francisco District Director,  )
    United States Citizenship and Immigration )
19  Services;                                )
    ROBERT S. MUELLER, Director of           )
20  Federal Bureau of Investigation,         )
                                             )
21                    Defendants.            )
                                             )
22

23      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

25  prejudice in light of the fact that the United States Citizenship and Immigration Services is now

26  prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

27  of the dismissal of this action.

28      Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-5909 JL                            1

1 | Dated: December 19, 2007

Respectfully submitted,

2 | 

SCOTT N. SCHOOLS
United States Attorney

3 | 

4 | 

5 | 

_____/s/_____

MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

6 | 

7 | 

8 | 

9 | Dated: December 17, 2007

_____/s/_____

JIE YAO-STILWILL
*Pro se*

10 | 

11 | 

12 | **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 | 

15 | Date:    December 21, 2007

16 | JAMES LARSON
United States Magistrate Judge

17 | 

18 | 

19 | 

20 | 

21 | 

22 | 

23 | 

24 | 

25 | 

26 | 

27 | 

28 | 

Stipulation to Dismiss
C07-5909 JL                          2